```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    05cr679 (DLC)
UNITED STATES OF AMERICA,               :
                                        :        ORDER
          -v-                           :
                                        :
KEITH WILKINSON,                        :
                     Defendant.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On February 2, 2022, this Court received the attached letter from the defendant dated January 23, 2022. It appears that the letter was sent to this Court in error and was meant to be sent to New York State Criminal Court. Accordingly, it is hereby

ORDERED that the defendant's letter is returned to him.

Dated:     New York, New York
           February 3, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge

05cr 679 DLC                                              1/23/22

Dear Clerk of the Court,

My name is Keith Wilkinson #10-0082 and my reason for writing you is because when I submitted a motion to be Assigned counsel in your court I was unable to serve the D.A. office, reason being I caught covid-19 and had to be isolated for 15 days. (Letter from Dep. of Programs saying so.)

As of this letter I have sent the D.A.'s office a copy.

Thank You,

K. Wilkinson

RECEIVED
FEB 02 2022
CHAMBERS OF
DENISE COTE



| | |
|---|---|
| KATHY HOCHUL<br>Governor | ANTHONY J. ANNUCCI<br>Acting Commissioner |

## **M E M O R A N D U M**

To: K. Wilkinson, 11a1608, A2-237

From: L. Brennan, Deputy Superintendent for Programs *LBrennan*

Subject: Your Request

Date: January 21, 2022

---

This will confirm that you were quarantined from January 4, 2022 through January 19, 2022. During that time Law Library Cell Study Services were available to you.

Cc: I/I file